UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

QUINCY JOSEPH GAUDET                          CIVIL ACTION

VERSUS                                              NO. 17-12139

WARDEN DUCOTE                              SECTION "R" (2)

## ORDER

Before the Court is Quincy Joseph Gaudet's motion to voluntarily dismiss his petition for *habeas corpus* without prejudice.[1] The Court has reviewed *de novo* the petition,[2] the record, the applicable law, and the Magistrate Judge's Report and Recommendation.[3] The Magistrate Judge's recommended ruling is correct, and the Court adopts the Report and Recommendation as its opinion herein. Accordingly, petitioner's motion is GRANTED. The petition for *habeas corpus* is DISMISSED WITHOUT PREJUDICE.

New Orleans, Louisiana, this __1st__ day of February, 2018.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1]     R. Doc. 8.
[2]     R. Doc. 1.
[3]     R. Doc. 9.